**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC,<br>Plaintiff,<br>v.<br>COMCAST CORPORATION,<br>Defendant. | ) | |
| COMCAST CORPORATION,<br>Counterclaimant,<br>v.<br>E360INSIGHT, LLC,<br>Counterdefendant,<br>DAVID LINHARDT; MAVERICK DIRECT MARKETING SOLUTIONS, INC.; BARGAIN DEPOT ENTERPRISES, LLC, d/b/a bargaindepot.net and bargainshoppecorp.com; NORTHSHORE HOSTING COMPANY, LLC d/b/a ROCKY MOUNTAIN INTERNET SERVICES, LLC and BAY CITY HOSTING, LLC; RAVINIA HOSTING COMPANY, LLC; NORTHGATE INTERNET SERVICES, LLC, and JOHN DOES 1-50,<br>Third-Party Defendants. | ) | Case No. 08 C 0340<br><br>Judge Coar<br>Magistrate Judge Mason |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on **Tuesday, January 19, 2010,** Defendant/ Counterclaimant, Comcast Corporation, with the consent of Counterdefendant and Third-Party Defendants, electronically filed the attached **Consent Decree and Settlement Agreement** with the United States District Court for the Northern District of Illinois for entry by the Honorable Judge David H. Coar.

Date: January 19, 2010

Respectfully submitted,

LOEB & LOEB LLP

By: ______________________

Douglas N. Masters
Sharon C. Sorkin
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Phone: (312) 464-3100
Fax: (312) 464-3111
dmasters@loeb.com
sceresnie@loeb.com
*Attorneys for Plaintiff,*
*Comcast Corporation*

## CERTIFICATE OF SERVICE

I, Sharon C. Sorkin, hereby certify that a copy of the **NOTICE OF FILING** has been served on:

Bart Loethan
Shaina Moss
Synergy Law Group, LLC
730 W. Randolph Street, Suite 600
Chicago, IL 60661

via ECF Notification on this 19th day of January, 2010.