**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

E360INSIGHT, LLC,

Plaintiff,

v.

COMCAST CORPORATION,

Defendant.

---

COMCAST CORPORATION,

Counterclaimant,

v.

E360INSIGHT, LLC,

Counterdefendant,

DAVID LINHARDT,

MAVERICK DIRECT MARKETING SOLUTIONS, INC.,

BARGAIN DEPOT ENTERPRISES, LLC, d/b/a bargaindepot.net and bargainshoppecorp.com,

NORTHSHORE HOSTING COMPANY, LLC d/b/a ROCKY MOUNTAIN INTERNET SERVICES, LLC and BAY CITY HOSTING, LLC,

RAVINIA HOSTING COMPANY, LLC,

NORTHGATE INTERNET SERVICES, LLC, and

JOHN DOES 1-50,

Third-Party Defendants.

Case No. 08 C 0340

Judge Coar
Magistrate Judge Mason

**CONSENT DECREE**

Plaintiff, Comcast Corporation ("Comcast"), together with Defendants, e360Insight, LLC, David Linhardt, Maverick Direct Marketing Solutions, Inc., Bargain Depot Enterprises, LLC, Northshore Hosting Company, LLC, Ravinia Hosting Company,

LLC, Northgate Internet Services, LLC (the "Defendants"), hereby agree that all claims in Comcast's Counterclaim and Third-Party Complaint have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their Settlement Agreement, attached hereto as Exhibit A, under the authority of *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED**:

1. The settlement terms are set forth on Exhibit A and are incorporated herein by reference.

2. By consent of the parties, the Court shall retain jurisdiction over this lawsuit for the purpose of enforcing the terms of this Consent Decree.

3. Except as necessary to enforce the terms of this consent decree, Comcast's Counterclaim and Third-Party Complaint is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Approved By:


By: ____________________
Bartley Loethan
Shaina Moss
SYNERGY LAW GROUP, LLC
730 W. Randolph St. Suite 600
Chicago, Illinois 60661
Phone: (312) 454-0015
Fax: (312) 454-0261
bart@synergylawgroup.com
SMoss@synergylawgroup.com

*Attorneys for Counterdefendant and Third-Party Defendants*

By: ____________________
Douglas N. Masters
Sharon C. Sorkin
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Phone: (312) 464-3100
Fax: (312) 464-3111
dmasters@loeb.com
sceresnie@loeb.com

*Attorneys for Couterclaimant*


Date: ____________________

____________________
United States District Court